**Order filed March 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00759-CV
_____

**JAMAAL JOHNSON, Appellant**

**V.**

**COLETTE BURNS, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-11901**

## ORDER

The notice of appeal in this case was filed December 27, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On February 1, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before **March 16, 2022**. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.